**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 598 WAL 2014
                                     :
             Respondent      :
                                     : Petition for Allowance of Appeal from the
                                     : Order of the Superior Court
              v.                 :
                                       :
                                     :
JEROME M. WALKER,            :
                                     :
            Petitioner        :


## ORDER


**PER CURIAM**

     **AND NOW**, this 3rd day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.